## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MICHAEL R. REINACHER , <br><br> Plaintiff, <br><br> vs. <br><br> ALTON & SOUTHERN <br> RAILWAY COMPANY, <br><br> Defendant. | Case No. 14-cv-01353-JPG-DGW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendant Alton & Southern Railway Company and against plaintiff Michael R. Reinacher on his claim of discrimination in violation of the Americans with Disabilities Act.

**DATED:** 8/24/2016

                                                       **Justine Flanagan**
                                                       **Acting Clerk of Court**

                                                       *s/Tina Gray,***Deputy Clerk**

**Approved:**  *s/J. Phil Gilbert*
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**